AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| JOSHUA BATTLES | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    6:25-cv-917-RBD-DCI |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff JOSHUA BATTLES      .

Date:    05/27/2025

/s/ Joshua Feygin
*Attorney's signature*

Joshua Feygin, Esq., FL Bar No.: 124685
*Printed name and bar number*

1930 Harrison Street
Suite 208
Hollywood, FL 33020
*Address*

josh@sueyourdealer.com
*E-mail address*

(954) 228-5674
*Telephone number*

(954) 697-0357
*FAX number*