UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.                                     Case No. 6:25-cv-917-RBD-DCI

EXPERIAN INFORMATION
SOLUTIONS, INC.; and
AMERICREDIT FINANCIAL
SERVICES, INC.,

    Defendants.
_____

## ORDER

Before the Court is Plaintiff Joshua Battles and Defendant Experian Information Solutions, Inc.'s ("Experian") stipulation of dismissal. (Doc. 26.)

A plaintiff may voluntarily dismiss an action without a court order by filing: (1) a notice of dismissal before the opposing party serves an answer or a motion for summary judgment; or (2) a stipulation of dismissal signed by all parties who have appeared, including terminated parties. *See* Fed. R. Civ. P. 41(a)(1)(A)(i)–(ii). Here, Plaintiff and Experian filed their stipulation under Rule 41 (a)(1)(A)(i). (Doc. 26.) But because Experian already served an answer (Doc. 19), *all* parties who have appeared in this case, including the other defendant, AmeriCredit Financial Services, Inc., must sign the stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *City of*

*Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1037–38 (11th Cir. 2023). So Experian remains a defendant in this case until such a stipulation is filed.

Accordingly, it is **ORDERED AND ADJUDGED** that the stipulation (Doc. 26) is **STRICKEN**. The Clerk is **DIRECTED** to remove it from the docket.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 28, 2025.



ROY B. DALTON, JR.
United States District Judge