## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOSHUA BATTLES,**

      **Plaintiff,**

**v.**

**EXPERIAN INFORMATION
SOLUTIONS, INC. AND
AMERICREDIT FINANCIAL
SERVICES, INC.,**

      **Defendants.**

                 **Civil Action No.
6:25-cv-00917-RBD-DCI**

_____/

### NOTICE OF APPEARANCE

**COMES NOW** Matthew T. Mitchell of the law firm of Burr & Forman LLP, and hereby gives notice of his appearance as additional counsel for AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), in the above-styled matter. Counsel requests that copies of all notices, pleadings and other papers in this case be served upon him as counsel for GM Financial.

Respectfully submitted this 28th day of May, 2025.

_s/ Matthew T. Mitchell_____
Matthew T. Mitchell (FL Bar No. 18319)
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800

Orlando, FL 32801
Telephone:  (407) 540-6600
Facsimile:  (407) 540-6601
mmitchell@burr.com

Attorney for Defendant
AMERICREDIT FINANCIAL SERVICES, INC.
D/B/A GM FINANCIAL

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Abbas Kazerounian
245 Fischer Avenue
Suite D1
Costa Mesa, CA 92626

Darren Newhart
Newhart Legal, P.A.
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470

Joshua Eric Feygin
Joshua Feygin, PLLC / Sue Your
Dealer A Law Firm
1930 Harrison St., 208
Hollywood, FL 33020

Pamela Erin Prescott
Kazerouni Law Group APC
245 Fischer Avenue Unit D1
Costa Mesa, CA 92626

Genevieve Rae Walser-Jolly
Scott J Hyman
Womble Bond Dickinson US LLP
400 Spectrum Center Drive, Ste 1700
Irvine, CA 92618

*s/ Matthew T. Mitchell*
OF COUNSEL

61139111 v1

2