# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
## Orlando Division

Case No: 6:25-cv-00917-RBD-DCI

| | |
|---|---|
| JOSHUA BATTLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC. AND AMERICREDIT FINANCIAL SERVICES, INC., | ) ) ) ) |
| Defendants. | |

**PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION**

Under Local Rule 2.02(a), Plaintiff designates Darren R. Newhart, Esq. as lead counsel.

Dated: May 29, 2025,

*/s/ Darren R. Newhart*
Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. #1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<i><u>/s/ Darren R. Newhart</u></i><br>
Darren R. Newhart, Esq.

FL Bar No: 0115546