**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division**

Case No: 6:25-cv-00917-RBD-DCI

| | |
|---|---|
| JOSHUA BATTLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC. AND | ) |
| AMERICREDIT FINANCIAL | ) |
| SERVICES, INC., | ) |
| | |
| Defendants. | |

**JOINT MOTION FOR A CASE MANAGEMENT CONFERENCE**

As required by the Court's Order Referring Case to U.S. Magistrate Judge for Consideration of the Inexpensive Determination, Efficient, and Abbreviated Litigation (Ideal) Program (Dkt. 38), the parties request the Honorable Magistrate Judge Daniel C. Irick to schedule a Case Management Conference.

Respectfully Submitted,

/s/ Darren R. Newhart
Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile:  (561) 473-2946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2025, I electronically filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Darren R. Newhart
Darren R. Newhart, Esq.

## SERVICE LIST

All counsel of record.