IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. AND AMERICREDIT
FINANCIAL SERVICES, INC.,

      Defendants.

Civil Action No.
6:25-cv-00917-RBD-DCI

_____/

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), makes the following disclosure(s).

1. **If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:**

   - General Motors Financial Company, Inc. is the parent company of and owns 100% of the stock of Defendant;

   - General Motors Holdings, LLC, is the parent company of and owns 100% of the stock of General Motors Financial Company, Inc.;

   - General Motors Holdings, LLC is 100% owned by General Motors Company.

61193201 v1

2. **If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]**

   Not applicable.

3. **Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:**

   - Joshua Battles, Plaintiff
   - Darren Newhart, counsel for Plaintiff
   - Abbas Kazerounian, counsel for Plaintiff
   - Joshua Eric Feygin, counsel for Plaintiff
   - Pamela Erin Prescott, counsel for Plaintiff
   - AmeriCredit Financial Services, Inc. d/b/a GM Financial, Defendant
   - Matthew T. Mitchell, counsel for GM Financial
   - Burr & Forman LLP, law firm for GM Financial
   - Genevieve Rae Walser-Jolly, counsel for GM Financial
   - Scott J Hyman, counsel for GM Financial
   - Womble Bond Dickinson US LLP, law firm for GM Financial
   - Experian Information Solutions, Inc., Defendant
   - Angela M. Taylor, counsel for Experian
   - Jones Day, law firm for Experian

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

4. **Identify each entity with publicly traded shares or debt potentially affected by the outcome:**

   - None.

5. **Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:**

   None known at this time.

6. **Identify each person arguably eligible for restitution:**

   None known at this time.

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted this 4th day of June, 2025.

*s/ Matthew T. Mitchell*
Matthew T. Mitchell (FL Bar No. 18319)
BURR & FORMAN LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
mmitchell@burr.com

Attorney for Defendant
AMERICREDIT FINANCIAL SERVICES, INC.
D/B/A GM FINANCIAL

## CERTIFICATE OF SERVICE 4

I hereby certify that on June, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Abbas Kazerounian
245 Fischer Avenue
Suite D1
Costa Mesa, CA 92626

Darren Newhart
Newhart Legal, P.A.
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470

Joshua Eric Feygin
Joshua Feygin, PLLC / Sue Your Dealer A Law Firm
1930 Harrison St., 208
Hollywood, FL 33020

Pamela Erin Prescott
Kazerouni Law Group APC
245 Fischer Avenue Unit D1
Costa Mesa, CA 92626

Genevieve Rae Walser-Jolly
Scott J Hyman
Womble Bond Dickinson US LLP
400 Spectrum Center Dre, Ste 1700
Irvine, CA 92618

*s/ Matthew T. Mitchell*
OF COUNSEL