# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOSHUA BATTLES,**

    **Plaintiff,**

v.

**EXPERIAN INFORMATION SOLUTIONS, INC. AND AMERICREDIT FINANCIAL SERVICES, INC.,**

    **Defendants.**

_____/

**Civil Action No. 6:25-cv-00917-RBD-DCI**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- Transferred from United States District Court for the Central District of California, *Joshua Battles v Experian Information Solutions, Inc., et al.*, Case. No. 8:25-cv-00257

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted this 4th day of June, 2025.

    *s/ Matthew T. Mitchell*
    Matthew T. Mitchell (FL Bar No. 18319)
    BURR & FORMAN LLP
    200 South Orange Avenue, Suite 800
    Orlando, FL 32801
    Telephone: (407) 540-6600

        Facsimile:  (407) 540-6601
        mmitchell@burr.com

        Attorney for Defendant
        AMERICREDIT FINANCIAL SERVICES, INC.
        D/B/A GM FINANCIAL

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Abbas Kazerounian<br>245 Fischer Avenue<br>Suite D1<br>Costa Mesa, CA 92626 | Darren Newhart<br>Newhart Legal, P.A.<br>14611 Southern Blvd., Suite 1351<br>Loxahatchee, FL 33470 |
| Joshua Eric Feygin<br>Joshua Feygin, PLLC / Sue Your Dealer A Law Firm<br>1930 Harrison St., 208<br>Hollywood, FL 33020 | Pamela Erin Prescott<br>Kazerouni Law Group APC<br>245 Fischer Avenue Unit D1<br>Costa Mesa, CA 92626 |
| Genevieve Rae Walser-Jolly<br>Scott J Hyman<br>Womble Bond Dickinson US LLP<br>400 Spectrum Center Drive, Ste 1700<br>Irvine, CA 92618 | |

        *s/ Matthew T. Mitchell*
        OF COUNSEL

61193022 v1