IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division

Case No: 6:25-cv-00917-RBD-DCI

| | |
|---|---|
| JOSHUA BATTLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC. AND | ) |
| AMERICREDIT FINANCIAL | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | |

**NOTICE OF RELATED ACTION**[1]

In accordance with Local Rule 1.07(c), I certify that the instant action is:

☒    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

Transferred from United States District Court for the Central District of California, Joshua Battles v Experian Information Solutions, Inc., et al., Case. No. 8:25-cv-00257I
Click or tap here to enter text.

☐    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

Dated: June 5, 2025

*/s/ Darren R. Newhart*
Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. #1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Darren R. Newhart*
Darren R. Newhart, Esq.
FL Bar No: 0115546