IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division

Case No: 6:25-cv-00917-RBD-DCI

| | |
|---|---|
| JOSHUA BATTLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC. AND AMERICREDIT FINANCIAL SERVICES, INC., | ) ) ) ) |
| Defendants. | |

**PLAINTIFF'S DISCLOSURE STATEMENT
UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

   ☒ No.

   ☐ Yes, and

   ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

   ☐ The filer has no parent corporation.

   ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

   ☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☒ No.

    ☐  Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

  f. Has the filer identified any natural person?

    ☒  No.

    ☐  Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

  ☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

    a) Joshua Battles – Plaintiff.
    b) Newhart Legal, P.A. – Counsel for Plaintiff.
    c) Darren R. Newhart, Esq. – Counsel for Plaintiff.
    d) Joshua Feygin, Esq. – Counsel for Plaintiff
    e) Joshua Feygin, PLLC – Counsel for Plaintiff
    f) Pamela Prescott, Esq. – Counsel for Plaintiff
    g) Abbas Kazerouni, Esq. – Counsel for Plaintiff
    h) Kazerouni Law Group, APC – Counsel for Plaintiff
    i) AmeriCredit Financial Services, Inc. d/b/a GM Financial – Defendant
    j) Matthew T. Mitchell, Esq. - Counsel for GM Financial
    k) Burr & Forman LLP – Counsel for GM Financial
    l) Genevieve Rae Walser-Jolly, Esq. - Counsel for GM Financial
    m) Scott J Hyman, Esq. - Counsel for GM Financial
    n) Womble Bond Dickinson US LLP – Counsel for GM Financial
    o) Experian Information Solutions, Inc. - Defendant
    p) Angela M. Taylor, Esq. - Counsel for Experian

    q) Jones Day - Law firm for Experian

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

  ☐ Yes, and this is the entity: [].

5.  Is this a bankruptcy action?

☒   No.

  ☐   Yes, and the debtor is [].

  ☐   Yes, and the members of the creditors' committee are [].

6.  Is this a criminal case?

☒   No.

  ☐   Yes, and these persons are arguably eligible for restitution: [].

7.  Is there an additional entity likely to actively participate in this action?

☒   No.

  ☐   Yes, and this is the entity: [].

8.  Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒   Yes.

Respectfully Submitted,

/s/ Darren R. Newhart
Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile:  (561) 473-2946

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2025, I electronically filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Darren R. Newhart
Darren R. Newhart, Esq.

## **SERVICE LIST**

All counsel of record.