IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

        **Plaintiff,**

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. AND
AMERICREDIT FINANCIAL
SERVICES, INC.,

        **Defendants.**

Civil Action No.
6:25-cv-00917-RBD-DCI

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

The law firm of Womble Bond Dickinson (US) LLP, Scott J. Hyman and Genevieve Walser-Jolly (collectively, "Movants"), hereby move to withdraw as counsel for Defendant, AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial") pursuant to Local Rule 2.02(c)(2) of the United States District Court, Middle District of Florida, and state as follows:

1. Plaintiff Joshua Battles filed a lawsuit against Defendants Experian Information Solutions, Inc. ("Experian") and AmeriCredit Financial Services, Inc. dba GM Financial in the U.S. District Court for the Central District of California, Case No. 8:25-cv-00257. Plaintiff subsequently settled

61271209 v1

with Experian and dismissed them from the case, as reflected in Docket No. 26. Pursuant to a joint stipulation by the remaining parties (Docket No. 28), Judge Carter ordered the matter transferred to the appropriate court in Florida. GM Financial has retained local counsel, Burr & Forman, LLP, to represent them in the Florida proceedings, as reflected in Docket No. 29. Accordingly, Movants hereby move to withdraw as counsel.

2. Movants hereby certify that GM Financial consents to the withdrawal of Movants as counsel.

3. The withdrawal of representation sought herein will not have a material adverse effect on the interests of GM Financial and will not cause a continuance or delay of this matter.

4. Substitute counsel, from Burr & Forman LLP, has already filed a Notice to Appear and represents GM Financial in the instant matter.

WHEREFORE, Womble Bond Dickinson (US) LLP, Scott J. Hyman and Genevieve Walser-Jolly respectfully request that the Court grant leave to withdraw as GM Financial's attorneys.

Respectfully submitted this the 12th day of June, 2025.

          ___/s/Scott Hyman_____
          Scott J. Hyman
          Genevieve Walser-Jolly
          WOMBLE BOND DICKINSON (US) LLP
          400 Spectrum Center Drive, Suite 1700
          Irvine, CA 92618

        Telephone:  (714) 557-3800
        Facsimile: (714) 557-3347
        Scott.hyman@wbd-us.com
        Genevieve.walser-jolly@wbd-us.com
        *Attorneys for AmeriCredit Financial Services, Inc. d/b/a GM Financial*

## **LOCAL RULE 3.01(g) CERTIFICATION**

I HEREBY CERTIFY that on June 11, 2025, I conferred with counsel for Plaintiff, via e-mail regarding this motion.  Plaintiff's counsel is not opposed to the relief requested herein.

        */s/Scott Hyman*
        SCOTT J. HYMAN

# CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Abbas Kazerounian
245 Fischer Avenue
Suite D1
Costa Mesa, CA 92626

Joshua Eric Feygin
Joshua Feygin, PLLC / Sue Your Dealer A Law Firm
1930 Harrison St., 208
Hollywood, FL 33020

Genevieve Rae Walser-Jolly
Scott J Hyman
Womble Bond Dickinson US LLP
400 Spectrum Center Dre, Ste 1700
Irvine, CA 92618

Darren Newhart
Newhart Legal, P.A.
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470

Pamela Erin Prescott
Kazerouni Law Group APC
245 Fischer Avenue Unit D1
Costa Mesa, CA 92626

                                                  */s/Scott Hyman*
                                                  SCOTT J. HYMAN