**thUNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOSHUA BATTLES,**

      **Plaintiff,**

v.                                                                 Case No: 6:25-cv-917-RBD-DCI

**EXPERIAN INFORMATION**
**SOLUTIONS INC. ET AL.,**

      **Defendants.**

**ORDER**

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter due to an association with the law firm representing Defendant AmeriCredit Financial Services, Inc. The Clerk is directed to reassign this case to another United States Magistrate Judge.

**ORDERED** in Orlando, Florida on June 13, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE