# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; and AMERICREDIT FINANCIAL SERVICES, INC.,

    Defendants.

Case No.: 6:25-cv-917-RBD-DCI

## JOINT STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(ii)

Plaintiff Joshua Battles ("Plaintiff") and Defendants Experian Information Solutions, Inc. ("Experian") and Americredit Financial Services, Inc. ("GM") (together, the "Parties"), by and through their undersigned counsel, respectfully submit this Stipulation for Dismissal of Experian *only* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure.

The Parties hereby jointly move to dismiss Experian *only* with prejudice with each party to bear its own costs and attorneys' fees.

Dated: June 10, 2025

/s/ Darren Newhart
**Darren Newhart, Esq.**
Florida Bar No.: 115546
NEWHART LEGAL, P.A.
14611 Southern Blvd Suite 1351
Loxahatchee, Florida 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946
darren@newhartlegal.com
Attorneys for Plaintiff

/s/Angela Taylor
**Angela M. Taylor, Esq.**
 California Bar No.: 210425
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Facsimile: 949) 553-7539
angelataylor@jonesday.com
 Attorneys for Experian

/s/Matthew Thomas Mitchell
**Matthew Thomas Mitchell, Esq.**
Florida Bar No.: 18319
BURR & FORMAN, LLP
Bank of America Tower 50
North Laura Street, Suite 3000
Jacksonville, FL 32202
Telephone: (904) 232-7200
Facsimile: (904) 232-7201
mmitchell@burr.com
Attorneys for GM

Respectfully Submitted,

/s/ Darren R. Newhart
Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile:  (561) 473-2946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2025, I electronically filed the foregoing document with the Clerk of Court. I also certify that the foregoing

2

document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Darren R. Newhart
Darren R. Newhart, Esq.

## SERVICE LIST

All counsel of record.