IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. AND AMERICREDIT FINANCIAL SERVICES, INC.,

    Defendants.

Civil Action No.
6:25-cv-00917-RBD-RMN

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL FOR DEFENDANT AMERICREDIT FINANCIAL SERVICES

Pursuant to Local Rule 2.02(b), M. Scott Thomas of the law firm Burr & Forman LLP enters his appearance in the above-captioned matter as lead counsel[1] on behalf of Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), in the above-styled matter. Counsel requests that copies of all notices, pleadings and other papers in this case be served upon him as counsel for GM Financial.

Respectfully submitted this 18th day of June, 2025.

---

[1] Per the Court's Endorsed Order former lead counsel, Scott J. Hyman and Genevieve Walser-Jolly, have withdrawn. [Dkt. 56].

61338225 v1

**BURR & FORMAN LLP**

By: /s/ M. Scott Thomas
**M. SCOTT THOMAS** (lead counsel)
Florida Bar No.: 0994898
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
Facsimile: (904) 232-7201

**ATTORNEYS FOR DEFENDANT**
AmeriCredit Financial Services, Inc. d/b/a GM Financial

**Primary and Secondary E-mail Addresses:**
msthomas@burr.com
jmlewis@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Abbas Kazerounian
245 Fischer Avenue
Suite D1
Costa Mesa, CA 92626

Joshua Eric Feygin
Joshua Feygin, PLLC / Sue Your Dealer
A Law Firm
1930 Harrison St., 208
Hollywood, FL 33020

Darren Newhart
Newhart Legal, P.A.
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470

Pamela Erin Prescott
Kazerouni Law Group APC
245 Fischer Avenue Unit D1
Costa Mesa, CA 92626

/s/ M. Scott Thomas
Attorney

61338225 v1

2