**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSHUA BATTLES

    Plaintiff,

v.                                                                 Case No:  6:25-cv-917-RBD-RMN

EXPERIAN INFORMATION
SOLUTIONS INC.; and
AMERICREDIT FINANCIAL
SERVICES, INC.,

    Defendants.

**ORDER OF DISMISSAL**

This cause is before the Court upon the filing of the Joint Stipulation of Dismissal as to Defendant, Experian Information Solutions Inc. (Doc. 55.)  The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that Plaintiff Joshua Battles' individual claims and action against Defendant, Experian Information Solutions Inc., are hereby **DISMISSED WITH PREJUDICE**.  The clerk is **DIRECTED** to terminate Experian Information Solutions Inc. as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 20, 2025.



ROY B. DALTON, JR.
United States District Judge