IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division

Case No: 6:25-cv-00917-RBD-DCI

| | |
|---|---|
| JOSHUA BATTLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC. AND | ) |
| AMERICREDIT FINANCIAL | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | |

**RENEWED JOINT MOTION FOR A CASE MANAGEMENT CONFERENCE**

The Court issued an Order (Dkt. 38) Referring Case to U.S. Magistrate Judge for Consideration of the Inexpensive Determination, Efficient, and Abbreviated Litigation (Ideal) Program. Dkt. 38. The case management conference was scheduled for June 18, 2025. Dkt. 46. But after the Honorable Magistrate Judge Daniel C. Irick recused himself from this case (Dkt. 52), the previously scheduled case management conference was cancelled (Dkt. 53), and the case was reassigned to the Honorable Magistrate Judge Robert M. Norway (Dkt. 54). Therefore, as required by the Court's order at (Dkt. 38), the parties request the Honorable Magistrate Judge Robert M. Norway to schedule a case management conference.

Respectfully Submitted,

/s/ Darren R. Newhart

>Darren R. Newhart, Esq.
>FL Bar No: 0115546
>E-mail: darren@newhartlegal.com
>NEWHART LEGAL, P.A.
>14611 Southern Blvd. Suite 1351
>Loxahatchee, FL 33470
>Telephone: (561) 331-1806
>Facsimile: (561) 473-2946

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2025, I electronically filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

>/s/ Darren R. Newhart
>Darren R. Newhart, Esq.

## SERVICE LIST

All counsel of record.