## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JOSHUA BATTLES,**

      **Plaintiff,**

**v.**                                                                 **Case No. 6:25-cv-917-RBD-RMN**

**AMERICREDIT FINANCIAL SERVICES, INC.,**

      **Defendant.**

| | | | |
|---|---|---|---|
| **United States Magistrate Judge:** | Robert M. Norway | **Courtroom:** | ZOOM |
| **Deputy Clerk:** | L. Jernigan | **Counsel for Plaintiff:** | Darren Newhart |
| **Audio Recording:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **Counsel for Defendant:** | Matthew Mitchell |
| **Date/Time:** | July 14, 2025 10:03 A.M.-10:29 A.M. | | |
| **Total Time:** | **26 minutes** | | |

## CLERK'S MINUTES
### IDEAL Case Management Conference

Case called; appearances taken; procedural setting by the Court.
Court informs parties of the IDEAL program.
Court adjourned.