UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; and AMERICREDIT FINANCIAL SERVICES, INC.,

    Defendants.

CASE NO.: 6:25-cv-917-RBD-DCI

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pamela Erin Prescott, Esq. and Kazerouni Law Group, APC, proceeding under Local Rule 2.02(c), move to withdraw from representing Plaintiff Joshua Battles in this action.

1. Pamela Erin Prescott, Esq. and Kazerouni Law Group, APC certify that Plaintiff Joshua Battles has been contacted and consents to the withdrawal of Pamela Prescott and Pamela Erin Prescott, Esq. and Kazerouni Law Group, APC.

2. The withdrawal will not result in Mr. Battles proceeding pro se as he will remain represented by Darren R. Newhart, Esq. and Joshua Feygin, Esq.

3. The withdrawal will not result in a continuance of a trial or otherwise affect any other case deadline.

### Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not have any opposition to my withdrawal.

Dated: July 15, 2025                Respectfully submitted,

By: <u>s/ Pamela Prescott, Esq.</u>
245 Fischer Avenue Suite D1
Costa Mesa, CA 92626
Office: 800-400-6808 ext. 46
Direct: 949-447-2675
Facsimile: 800-520-5523
pamela@kazlg.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.; and AMERICREDIT
FINANCIAL SERVICES, INC.,

    Defendants.

CASE NO.: 6:25-cv-917-RBD-DCI

**DECLARATION OF PAMELA PRESCOTT, ESQ. IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

1. I am one of the attorneys for the plaintiff Joshua Battles ("Plaintiff") in the above-captioned action.
2. I am over the age of 18 and am fully competent to make this declaration.
3. If called as a witness, I would competently testify to the matters herein from personal knowledge.
4. The declaration is based upon my personal knowledge, except where expressly noted otherwise.
5. I am an associate attorney at Kazerouni Law Group.
6. I am a member in good standing of the bars in California and Minnesota.
7. I submit this declaration in support of my request to withdraw as counsel of record for Plaintiff.
8. Plaintiff Joshua Battles consents to my withdrawal.
9. The withdrawal will not result in a person proceeding pro se as Plaintiff will remain represented by Darren R. Newhart, Esq. and Joshua Feygin, Esq.
10. The withdrawal will not result in a continuance of a trial or otherwise affect any other case deadline.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 30, 2025.

By: _____
Pamela E. Prescott, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, a copy of the attached Unopposed Motion to Withdraw was served upon below counsel for Defendant via electronic mail.

Milo Scott Thomas
**BURR & FORMAN LLP**
50 N. Laura Street Suite 3000
Jacksonville, FL 32202
Tel: 904-232-7233
Fax: 904-232-7201
Email: msthomas@burr.com

Matthew Thomas Mitchell
**BURR & FORMAN, LLP**
420 N 20th St Ste 3400
Birmingham, AL 35203-5210
Tel: 205-458-5317
Fax: 205/244-5748
Email: mmitchell@burr.com
*Attorneys for Defendant, AmeriCredit Financial Services, Inc.*

Respectfully submitted,

By: <u>s/ Darren R. Newhart, Esq.</u>
Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
NEWHART LEGAL, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806