UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; and AMERICREDIT FINANCIAL SERVICES, INC.,

    Defendants.

CASE NO.: 6:25-cv-917-RBD-DCI

**DECLARATION OF PAMELA PRESCOTT, ESQ. IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

1. I am one of the attorneys for the plaintiff Joshua Battles ("Plaintiff") in the above-captioned action.
2. I am over the age of 18 and am fully competent to make this declaration.
3. If called as a witness, I would competently testify to the matters herein from personal knowledge.
4. The declaration is based upon my personal knowledge, except where expressly noted otherwise.
5. I am an associate attorney at Kazerouni Law Group.
6. I am a member in good standing of the bars in California and Minnesota.
7. I submit this declaration in support of my request to withdraw as counsel of record for Plaintiff.
8. Plaintiff Joshua Battles consents to my withdrawal.
9. The withdrawal will not result in a person proceeding pro se as Plaintiff will remain represented by Darren R. Newhart, Esq. and Joshua Feygin, Esq.
10. The withdrawal will not result in a continuance of a trial or otherwise affect any other case deadline.

4

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 30, 2025.

By: _____
Pamela E. Prescott, Esq.