**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOSHUA BATTLES,

    Plaintiff,

v.

                                                                           Case No: 6:25-cv-917-RBD-RMN

AMERICREDIT FINANCIAL
SERVICES, INC.,

    Defendant.
_____

**ORDER**

    Before the Court is the parties' Case Management Report. (Doc. 67.) The report indicates that the parties have not yet agreed upon a mediator. Therefore, the parties are directed to confer and then advise the Court on the selection of a mediator no later than **August 13, 2025**.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on July 30, 2025.



ROY B. DALTON, JR.
United States District Judge