# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.

                                    CASE NO.: 6:25-cv-917-RBD-DCI

EXPERIAN INFORMATION
SOLUTIONS, INC.; and AMERICREDIT
FINANCIAL SERVICES, INC.,

    Defendants.

_____/

## NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's Order (ECF No. 69), Plaintiff, JOSHUA BATTLES, ("Plaintiff") and Defendant AMERICREDIT FINANCIAL SERVICES, INC. ("Defendant"), hereby submit notice of the parties' selection of the Honorable Greg Holder (Ret.), to preside as mediator in this matter on the time and date set forth below.

| | |
|---|---|
| NAME: | Honorable Greg Holder (Ret.) |
| ADDRESS: | Zinober Diana & Monteverde P.A.<br>1511 North Westshore Blvd.,<br>Suite 700<br>Tampa, FL 33607 |
| DATE: | December 12, 2025 commencing at 1:30 pm through remote audio-visual means |
| TELEPHONE NO.: | (813) 642-4229 Candee Kidd |

DATED August 13, 2025.

           Respectfully submitted,

           */s/ Joshua Feygin, Esq.*
           JOSHUA FEYGIN, ESQ.
           **SUE YOUR DEALER – A LAW FIRM**
           Florida Bar No.: 124685
           1930 Harrison Street, Suite 208 F
           Hollywood, Florida 33020
           Telephone: (954) 228-5674
           Facsimile: (954) 697-0357
           Email: Josh@sueyourdealer.com

           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on August 13, 2025, a copy of the foregoing was served upon below counsel for Defendant via electronic mail.

Milo Scott Thomas
**BURR & FORMAN LLP**
50 N. Laura Street Suite 3000
Jacksonville, FL 32202
Tel: 904-232-7233
Fax: 904-232-7201
Email: msthomas@burr.com

Matthew Thomas Mitchell
**BURR & FORMAN, LLP**
420 N 20th St Ste 3400
Birmingham, AL 35203-5210
Tel: 205-458-5317
Fax: 205/244-5748
Email: mmitchell@burr.com
*Attorneys for Defendant, AmeriCredit Financial Services, Inc.*

           */s/ Joshua Feygin, Esq.*
           JOSHUA FEYGIN, ESQ.
           Florida Bar No.: 124685