UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:25-cv-00917-RBD-DCI

| | |
|---|---|
| JOSHUA BATTLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., and | ) |
| AMERICREDIT FINANCIAL | ) |
| SERVICES, INC., d/b/a GM | ) |
| FINANCIAL, | ) |

Defendants.

## JOINT MOTION FOR LEAVE TO APPEAR REMOTELY AT MEDIATION

Plaintiff and Defendant Americredit Financial Services, Inc., through undersigned counsel, and pursuant to Local Rule 3.01(a), respectfully request that the Court enter an order permitting remote attendance by counsel and parties at mediation. In support of this request, the Parties state:

1. The Parties have jointly selected to proceed with mediation before the Hon. Greg Holder (ret.).

2. This matter is presently scheduled for a half-day mediation before Hon. Greg Holder (ret.) on December 12, 2025, starting at 1:30pm Eastern.

3. The Plaintiff currently resides in Ocala, Florida.

4. Defendant Americredit is located in Fort Worth, Texas.

5. Plaintiff's counsel is located in Broward County and Palm Beach County, Florida, respectively.

6. Defendant's counsel is located in Jacksonville, FL.

7. Due to the burden associated with traveling to Tampa to attend the mediation session in person, the Parties each request permission to appear at the mediation via a video-teleconferencing method.

8. Allowing the remote appearance in this fashion is in the interest of justice as the Parties believe that such cost saving measures will enable an efficient use of available funds which is likely to foster an early resolution in this action.

9. The Parties are aware that if the remote mediation is unsuccessful, they will be required to mediate again in person. Dkt. 72.

## **MEMORANDUM OF LAW**

The Parties submit that due to sizable distance traveling round trip to appear in person, such appearance would generate substantial transportation expenses (and lodging expenses), should they be required to travel to Mr. Holder's office for the mediation.

Wherefore, the Parties, through counsel, respectfully request that the Parties each be granted permission to appear via video-teleconference at the Parties' Mediation on December 12, 2025, starting at 1:30pm Eastern.

Respectfully submitted,

*/s/ Joshua E. Feygin*
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@jfeyginesq.com
**JOSHUA FEYGIN, PLLC**
4601 Sheridan St #205,
Hollywood, FL 33021
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 19, 2025, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685