IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. AND AMERICREDIT
FINANCIAL SERVICES, INC.,

    Defendants.

_____/

Civil Action No.
6:25-cv-00917-RBD-RMN

## DEFENDANT AMERICREDIT FINANCIAL SERVICES, INC.'S SUPPLEMENTAL LOCAL RULE CERTIFICATION – DKT. 76

Undersigned counsel for the defendant, AMERICREDIT FINANCIAL SERVICES, INC., pursuant to Local Rule 3.01(g)(3), certifies that he has conferred with counsel for Plaintiff, JOSHUA BATTLES, and Plaintiff oppose the relief sought in Defendant's motion for leave to file an amended answer . [Dkt. 76].

Respectfully submitted this 3rd day of October, 2025.

        **BURR & FORMAN LLP**

        By:   */s/ M. Scott Thomas*
        **M. SCOTT THOMAS** (lead counsel)
        Florida Bar No.: 0994898
        50 North Laura Street, Suite 3000
        Jacksonville, Florida 32202
        Telephone: (904) 232-7200

62998071 v1

Facsimile: (904) 232-7201

**ATTORNEYS FOR DEFENDANT AmeriCredit Financial Services, Inc. d/b/a GM Financial**

**Primary and Secondary E-mail Addresses:**
msthomas@burr.com
jmlewis@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to the following:

Abbas Kazerounian
245 Fischer Avenue
Suite D1
Costa Mesa, CA 92626

Joshua Eric Feygin
Joshua Feygin, PLLC / Sue Your Dealer A Law Firm
1930 Harrison St., 208
Hollywood, FL 33020

Darren Newhart
Newhart Legal, P.A.
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470

   /s/ M. Scott Thomas
       Attorney