IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. AND AMERICREDIT FINANCIAL SERVICES, INC.,

    Defendants.
_____/

Civil Action No.
6:25-cv-00917-RBD-RMN

## STIPULATION FOR DISMISSAL OF THIRD-PARTY COMPLAINT

Plaintiff, Joshua Battles, and Defendant, AmeriCredit Financial Services, Inc. d/b/a GM Financial, pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal without prejudice of the third-party complaint asserted against Elijah Decoursey upon whom service of process has not been effected. *City of Jacksonville v. Jacksonville Hospitality Holdings, L.P.,* 82 F.4th 1031, 1036 (11th Cir. 2023) (the reference to dismissal of "an action" in Rule 41 "allows a district court to dismiss all claims against a particular defendant").

Dated: November 25, 2025

Respectively submitted,

| | |
|---|---|
| **NEWHART LEGAL, P.A.** | **BURR & FORMAN LLP** |
| By: */s/ Darren R. Newhart* | By: */s/ M. Scott Thomas* |
| **DARREN R. NEWHART** | **M. SCOTT THOMAS** (lead counsel) |
| FL Bar No.: 0115546 | Florida Bar No.: 0994898 |
| 14611 Southern Blvd., Suite 1351 | 50 North Laura Street, Suite 3000 |
| Loxahatchee, FL 33470 | Jacksonville, Florida 32202 |
| Telephone: (561) 331-1806 | Telephone: (904) 232-7200 |
| Facsimile: (561) 473-2946 | Facsimile: (904) 232-7201 |

**NEWHART LEGAL, P.A.**

By: */s/ Darren R. Newhart*
**DARREN R. NEWHART**
FL Bar No.: 0115546
14611 Southern Blvd., Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946

**Primary and Secondary E-mail Addresses:**
darren@newhartlegal.com

and

**JOSHUA FEYGIN, PLLC / SUE YOUR DEALER**

By: */s/ Joshua Feygin*
**JOSHUA FEYGIN**
Florida Bar No.: 124685
1930 Harrison Street, Suite 208 F
Hollywood, FL 33020
Telephone: (954) 228-5674
Facsimile: (954) 697-0357

**Primary and Secondary E-mail Addresses:**
Josh@sueyourdealer.com

**ATTORNEYS FOR PLAINTIFF**

**BURR & FORMAN LLP**

By: */s/ M. Scott Thomas*
**M. SCOTT THOMAS** (lead counsel)
Florida Bar No.: 0994898
50 North Laura Street, Suite 3000
Jacksonville, Florida 32202
Telephone: (904) 232-7200
Facsimile: (904) 232-7201

**Primary and Secondary E-mail Addresses:**
msthomas@burr.com
jmlewis@burr.com

**ATTORNEYS FOR DEFENDANT AmeriCredit Financial Services, Inc. d/b/a GM Financial**