UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:25-cv-00917-RBD-DCI

| | |
|---|---|
| JOSHUA BATTLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., and | ) |
| AMERICREDIT FINANCIAL | ) |
| SERVICES, INC., d/b/a GM | ) |
| FINANCIAL, | |
| Defendants. | |

## JOINT NOTICE OF SETTLEMENT

The Parties, through their undersigned counsel, hereby notify the Court that a settlement has been reached as to Americredit Financial Services, Inc. d/b/a GM Financial. The parties ask the Court to retain jurisdiction and anticipate filing a stipulation for dismissal with prejudice within (30) days.

Dated: November 21, 2025
Respectfully submitted,

| | |
|---|---|
| */s/ Darren R. Newhart* | **BURR & FORMAN LLP** |
| Darren R. Newhart, Esq. | |
| FL Bar No: 0115546 | By:   */s/ M. Scott Thomas* |
| E-mail: darren@newhartlegal.com | **M. SCOTT THOMAS** (lead counsel) |
| NEWHART LEGAL, P.A. | Florida Bar No.: 0994898 |
| 14611 Southern Blvd. Suite 1351 | 50 North Laura Street, Suite 3000 |
| Loxahatchee, FL 33470 | Jacksonville, Florida 32202 |
| Telephone: (561) 331-1806 | Telephone: (904) 232-7200 |
| Facsimile:  (561) 473-2946 | Facsimile: (904) 232-7201 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **AmeriCredit Financial Services, Inc. d/b/a** |
| | **GM Financial** |
| | |
| | **Primary and Secondary E-mail Addresses:** |
| | msthomas@burr.com |
| | jmlewis@burr.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on November 21, 2025 via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

*/s/ Darren R. Newhart*
Darren R. Newhart, Esq.

## SERVICE LIST

All counsel of record.