IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. AND AMERICREDIT FINANCIAL SERVICES, INC.,

    Defendants.
_____/

Civil Action No.
6:25-cv-00917-RBD-RMN

## STIPULATION FOR DISMISSAL OF THIRD-PARTY COMPLAINT

Plaintiff, Joshua Battles, and Defendants, Experian Information Solutions, Inc.[1], and AmeriCredit Financial Services, Inc. d/b/a GM Financial, pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal without prejudice of the third-party complaint asserted against Elijah Decoursey upon whom service of process has not been effected. *City of Jacksonville v. Jacksonville Hospitality Holdings, L.P.,* 82 F.4th 1031, 1036 (11th Cir. 2023) (the reference to dismissal of "an action" in Rule 41 "allows a district court to dismiss all claims against a particular defendant").

Dated: December 18, 2025

---

[1] The Court's prior Order (ECF No. 58) terminated Experian Information Solutions, Inc. as a party to this action. It joins this stipulation merely to confirm its consent to the dismissal to be effected hereby.

64428539 v1

Respectively submitted,

| | |
|---|---|
| _/s/ Darren R. Newhart_ | _/s/ M. Scott Thomas_ |
| **DARREN R. NEWHART** | **M. SCOTT THOMAS** |
| FL Bar No.: 0115546 | Florida Bar No.: 0994898 |
| NEWHART LEGAL, P.A. | BURR & FORMAN, LLP |
| 14611 Southern Blvd., Suite 1351 | 50 North Laura Street, Suite 3000 |
| Loxahatchee, FL 33470 | Jacksonville, Florida 32202 |
| Telephone: (561) 331-1806 | Telephone: (904) 232-7200 |
| Facsimile: (561) 473-2946 | Facsimile: (904) 232-7201 |
| darren@newhartlegal.com | msthomas@burr.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT AmeriCredit Financial Services, Inc. d/b/a GM Financial** |

_/s/ Angela Taylor_
**ANGELA M. TAYLOR**
California Bar No.: 210425
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
angelataylor@jonesday.com

**ATTORNEYS FOR DEFENDANT Experian Information Solutions, Inc.**