# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOSHUA BATTLES,

    Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC. AND AMERICREDIT
FINANCIAL SERVICES, INC.,

    Defendants.

_____/

Civil Action No.
6:25-cv-00917-RBD-RMN

## **JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Joshua Battles, and Defendant, AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial"), having previously advised the Court of the parties' settlement and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, jointly move to dismiss this action with prejudice. The dismissal sought herein shall apply to all claims asserted by Plaintiff against GM Financial and all claims asserted by GM Financial against Plaintiff. These are the only remaining and open claims in this matter as all other claims asserted herein have been previously disposed of. (ECF Nos. 58, 84)

    Dated: December 23, 2025

Respectively submitted,

| | |
|---|---|
| **NEWHART LEGAL, P.A.** | **BURR & FORMAN LLP** |
| By: */s/ Darren R. Newhart* | By: */s/ M. Scott Thomas* |
| **DARREN R. NEWHART** | **M. SCOTT THOMAS** (lead counsel) |
| FL Bar No.: 0115546 | Florida Bar No.: 0994898 |
| 14611 Southern Blvd., Suite 1351 | 50 North Laura Street, Suite 3000 |
| Loxahatchee, FL 33470 | Jacksonville, Florida 32202 |
| Telephone: (561) 331-1806 | Telephone: (904) 232-7200 |
| Facsimile: (561) 473-2946 | Facsimile: (904) 232-7201 |
| **Primary and Secondary E-mail Addresses:** | **Primary and Secondary E-mail Addresses:** |
| darren@newhartlegal.com | msthomas@burr.com |
| | jmlewis@burr.com |
| and | **ATTORNEYS FOR DEFENDANT** AmeriCredit Financial Services, Inc. d/b/a GM Financial |
| **JOSHUA FEYGIN, PLLC / SUE YOUR DEALER** | |
| By: */s/ Joshua Feygin* | |
| **JOSHUA FEYGIN** | |
| Florida Bar No.: 124685 | |
| 1930 Harrison Street, Suite 208 F | |
| Hollywood, FL 33020 | |
| Telephone: (954) 228-5674 | |
| Facsimile: (954) 697-0357 | |
| **Primary and Secondary E-mail Addresses:** | |
| Josh@sueyourdealer.com | |
| **ATTORNEYS FOR PLAINTIFF** | |