UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA BATTLES,

     Plaintiff,

v.                                                                    Case No. 6:25-cv-917-RBD-RMN

AMERICREDIT FINANCIAL
SERVICES, INC.,

     Defendant,

v.

ELIJAH DECOURSEY,

     Third-Party Defendant.

---

## ORDER OF DISMISSAL

Before the Court is the parties' joint motion for dismissal with prejudice. (Doc. 85.) The parties previously filed a Joint Notice of Settlement as to AmeriCredit Financial Services, Inc. (Doc. 82) and a Stipulation of Dismissal of the third-party complaint against Elijah Decoursey (Doc. 84). [1] Accordingly, it is

**ORDERED AND ADJUDGED**:

    1.    The Joint Motion for Dismissal (Doc. 85) is **GRANTED**.

---

[1] The Stipulation, which was signed by all parties who have appeared (and was not signed by Elijah Decoursey, who has not appeared) is effective without an order. (Doc. 84); *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

2.   The above-styled cause is hereby **DISMISSED WITH PREJUDICE**, subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. The Court declines to retain jurisdiction to enforce the parties' agreement.

3.   All pending motions are denied as moot and all deadlines and hearings are terminated.

4.   The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 13, 2026.



ROY B. DALTON, JR.
United States District Judge

2